IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| FIFTH THIRD BANK, | : | Case No. 1:23-cv-401 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| UNKNOWN HEIRS AT LAW, DEVISEES, LEGATEES, ADMINSTRATORS, AND EXECUTORS OF THE ESTATE OF LEONARD A. WILLIAMSON, DECEASED, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 8)**

The Court has reviewed the Report and Recommendation of United States Magistrate Stephanie K. Bowman (Doc. 8), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff failed to timely file any objections to the Report and Recommendation in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** the following:

1. Plaintiff's Motion to Remand (Doc. 4) is **GRANTED**;

2. This matter is **REMANDED** to Hamilton County, Ohio Court of Common Pleas and **TERMINATED** from the Court's docket; and

3. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons explained in the Report and Recommendation, an appeal of this Order would not

be taken in good faith. Defendants are **DENIED** leave to appeal in forma pauperis.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND